**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kenneth B. BEVERLY, Defendant–Appellant.**

No. 12–13876.

United States Court of Appeals, Eleventh Circuit.

Oct. 8, 2013.

Scott A.C. Meisler, U.S. Department of Justice, Washington, DC, Michelle Lee Schieber, James N. Crane, Michael J. Moore, U.S. Attorney's Office, Macon, GA, Plaintiff–Appellee.

John Richard Martin, Martin Brothers, PC, Atlanta, GA, Sandra Michaels, Attorney at Law, Atlanta, GA, Defendant–Appellant.

Before PRYOR and HILL, Circuit Judges, and HALL,* District Judge.

Georgia, sitting by designation.

PER CURIAM:

Under an abuse of discretion standard, having reviewed the record and considered oral argument of the parties, we affirm the district court.

AFFIRMED.